**CRIMINAL CAUSE FOR MOTION HEARING**

**BEFORE JUDGE:** HURLEY, J.  **DATE:** AUGUST 11, 2005    **TIME:** 1:30M-2:15

**DOCKET NUMBER:** CR-05-0237    **TITLE:** USA V. McCABE, et. al.

**DEFT. NAME:** JAMES MAINELLO    **DFT. #:** 2
 X  PRESENT, ___ NOT PRESENT, X  IN CUSTODY, ___ ON BAIL

**ATTY FOR DEFT.:** ANTHONY LA PINTA    X  CJA
 ___ PRESENT, ___ NOT PRESENT    ___ RET
                                  ___ PDA

**A.U.S.A.:** JAMES MISKIEWICZ & JAMES McGOVERN    **DEPUTY CLERK:** TRISH BEST

**COURT REPORTER(S) OR ESR OPERATOR:** PERRY AUERBACH

X  CASE CALLED. KCE

X  MOTION CONFERENCE HELD ON DEFENDANT'S MOTION TO SEVER JAMES MAINELLO FROM COUNT 1 OF THE SUPERSEDING INDICTMENT.

X  ARGUMENTS HEARD  ___ MOTION GRANTED.  X  MOTION DENIED.  ___ DECISION RESERVED.

X  DECISION ENTERED INTO THE RECORD.

FOR THE REASONS STATED ON THE RECORD THE COURT DENIES DEFENDANT'S MOTION TO SEVER. DEFENDANT HAS NOT SHOWN THAT A SPECIFIC TRIAL RIGHT WILL BE PREJUDICED BY DELAYING THE TRIAL DATE; NOR HAS DEFENDANT SHOWN THAT A DELAY WILL CAUSE IRREPARABLE HARM IF A SEVERANCE IS NOT GRANTED.

THE JURY SELECTION AND TRAIL SCHEDULED FOR MONDAY AUGUST 15, 2005 IS CANCELLED. MAGISTRATE MICHAEL ORENSTEIN HAS BEEN ADVISED OF TRIAL CANCELLATION.

X  STATUS CONFERENCE SET FOR AUGUST 24, 2005 AT 11:30 AM.

THE GOVERNMENT IS TO SUBMIT LETTER BRIEF IN SUPPORT OF IT'S POSITION THAT THE CASE SHOULD BE DEEMED COMPLEX BY AUGUST 19, 2005; DEFENDANT'S RESPONSE BY AUGUST 23, 2005. THE MATTER OF COMPLEXITY WILL BE ADDRESSED AT THE 8/24 CONFERENCE.

X  DEFT  MAINELLO  REMAIN IN CUSTODY.

**OTHER:**⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯